UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL VALENTIN,

        *Plaintiff,*

   -against-

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., AND CITIBANK, N.A.,

        *Defendant(s).*

**Case No. 1:2025-cv-06967(JPO)(GS)**

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Rafael Valentin and

Defendant Equifax Information Services LLC (together, the "moving parties"), jointly move

for an order dismissing the above-titled action with prejudice against Defendant Equifax

Information Services LLC only. Each moving party will bear its own costs and attorney's

fees. This motion shall have no effect on Plaintiff's claims against any other parties in the

litigation.

/s/ James R. Ticchio
James R. Ticchio
Sherman & Ticchio PLLC
james@st-legal.com
120 N. Main Street Suite 302(b)
New City, NY 10956
212.324.3874
*Counsel for Plaintiff*

/s/ Heather Huggins Sharp
Heather Huggins Sharp
Seyfarth Shaw LLP
hsharp@seyfarth.com
1075 Peachtree St. NE Ste. 2500
Atlanta, GA 30309
404.881.5477
*Counsel for Equifax*

J. PAUL OETKEN
United States District Judge

Granted. The Clerk is directed to close the motion at ECF No. 33. The Clerk is further directed to terminate Equifax Information Services LLC as a party in this action.

So ordered.
1/21/2026