**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RAFAEL VALENTIN,

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES
LLC, et al.,

        Defendants.

Case No. 5:25-cv-06967-JPO

**ORDER REFERRING CASE TO ARBITRATION**

Before the Court is Plaintiff Rafael Valentin's and Defendant Citibank N.A's ("Citibank")

Joint Stipulation to Arbitrate. (Dkt. No. 42.)  In the stipulation, Plaintiff and Citibank agree to

"submit all claims asserted by Plaintiff against Citibank in this action to binding arbitration before

the American Arbitration Association ("AAA") and to stay all judicial proceedings as to Citibank,

pursuant to the operative arbitration provision contained in the Cardmember Agreement governing

Plaintiff's account." (Dkt. No. 42 at 1).  Accordingly, they request that "this Court enter an order

which orders that the claim against Citibank in this lawsuit be submitted to final and binding

arbitration administered by AAA, and that Plaintiff's claim against Citibank be stayed pending the

resolution of arbitration."  (Dkt. No. 42 at 1). After full consideration, the Court **GRANTS** the

requested relief in the stipulation.

It is therefore **ORDERED** that the case is **REFERRED** to binding arbitration through the

American Arbitration Association.

It is further **ORDERED** that all deadlines and proceedings in this case as to Plaintiff and Defendant Citibank are **STAYED** pending resolution of the arbitration. The parties shall provide joint status updates every six months.

SO ORDERED.

So ordered.
The Clerk of Court is directed to
mark this case "Stayed".

3/11/2026

_____
J. PAUL OETKEN
United States District Judge