UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL VALENTIN,

              *Plaintiff,*

   -against-

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., AND CITIBANK, N.A.,

              *Defendants.*

**Case No. 1:2025-cv-06967 (JPO)(GS)**

## MOTION TO DISMISS AS TO DEFENDANT CITIBANK, N.A.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Rafael Valentin moves to dismiss this action against Defendant Citibank, N.A. (Citi) with prejudice.  Plaintiff makes this motion with Citi's consent. Both of these parties will bear their own costs and attorney's fees.

Respectfully Submitted,
/s/ Brett D. Sherman
Brett D. Sherman
Sherman & Ticchio PLLC
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
brett@st-legal.com
*Counsel for Plaintiff*

So ordered.
The Clerk of Court is
directed to close the
motion at ECF No. 47

_____
J. PAUL OETKEN
United States District Judge

Dated: April 27, 2026